UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: SANDERS, ORTOLI, VAUGHN-FLAM & ROSENSTADT LLP - 1801

GIANCORRADO ULRICH

Plaintiff(s)

Index #: 08 CV 6501 (CHIN)

- against -

Date Filed:

SOTHEBY'S, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 28, 2008 at 05:03 PM at

1334 YORK AVENUE 8TH FL
NEW YORK, NY10021

deponent served the within true copy of the SUMMONS & COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING FULES on SOTHEBY'S ART SALES CORP., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to CARIN CAHN personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING FULES as said defendant/respondent and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 38 | 5'9 | 160 |

Authorized to accept service by Legal Department

Sworn to me on:  July 30, 2008

| Linda Forman | Robin M. Forman | Larry Yee | BYRAN E. MCELDERRY |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 869802 |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | Docket #: 576409 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | |