UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: SANDERS, ORTOLI, VAUGHN-FLAM & ROSENSTADT LLP - 1801

GIANCORRADO ULRICH

Index #  08 CV 6501 (CHIN)

Plaintiff(s)

Date Filed:

- against -

SOTHEBY'S, ETAL

Defendant(s)    **AFFIDAVIT OF SERVICE**

STATE OF  DELAWARE                 : COUNTY OF    NEW CASTLE            ss:

KEVIN S. DUNN

BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT___DELAWARE_____ . ON 7/29/08  AT 1:00 pm  AM/PM AT 2711 CENTERVILLE RD.  WILMINGTON  DE

DEPONENT SERVED THE WITHIN SUMMONS & COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING FULES ON: SOTHEBY'S FINE ART HOLDINGS, INC. ,THE  DEFENDANT/RESPONDENT  THEREIN NAMED.

**#1 INDIVIDUAL**

By delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be the person described as the  defendant/respondent  therein.

**#2 CORPORATION** [X] A ___DELAWARE_____ corporation, delivering thereat a true copy of each to MARY DRUMMOND personally, deponent knew said corporation so serviced to be the corporation, described in same as said  defendant/respondent and knew said individual to be __OFFICER_____ thereof.

**#3 SUITABLE AGE PERSON**

By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is the defendant's/respondent's   [  ] actual place of business      [  ] dwelling house / usual place of abode within the state.

**#4 AFFIXING TO DOOR**

By affixing a true copy of each to the door of said premises, which is the  defendant's/respondent's   [   ] actual place of business      [  ] dwelling house /usual place of abode within the state.

**#5 MAILING COPY**

On _____, deponent completed service under the last two sections by depositing a copy of the SUMMONS & COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING FULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.

Deponent was unable, with due diligence to find the  defendant/respondent  or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE**

After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the defendant/respondent  being served because of the following: [  ] party unknown at address     [  ] Evading [  ] Moved left no forwarding  [  ] Address does not exist  [  ] No one ever in or available to accept service

**#7 DESCRIPTION** [X]

A description of the  defendant/respondent , or other person served, or spoken to on behalf of the defendant/respondent  is as follows:

Description is required if #1,#2 or #3 above is Selected

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| F | W | BLACK | 45 | 5'6 | 130 |

Other:

**# 8 WIT. FEES**

$_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the witness/recipient.

**# 9 MILITARY SERVICE**

Deponent asked person spoken to whether the defendant/respondent was in the military service of the United States Government or on active duty in the military service in the State of _____ and was informed the defendant/respondent was not.

OFFICIAL SEAL
KEVIN DUNN
NOTARY PUBLIC • DELAWARE
NEW CASTLE COUNTY
My Commission Expires November 23, 2010

Sworn to before me on this 29th  day of July 2008

Notary Public _____

Server signature: _____

Docket #: 576408     KEVIN S. DUNN