UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: SANDERS, ORTOLI, VAUGHN-FLAM & ROSENSTADT LLP - 1801

GIANCORRADO ULRICH

Index # 08 CV 6501 (CHIN)

Plaintiff(s)

- against -

Date Filed:

SOTHEBY'S, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE : COUNTY OF NEW CASTLE ss:

BARRY EVEALND BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT DELAWARE. ON 7/29/08 AT 11:00 am AM/PM AT 1209 ORANGE ST. WILMINGTON, DE

DEPONENT SERVED THE WITHIN SUMMONS & COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING FULES ON: SOTHEBY'S, THE DEFENDANT/RESPONDENT THEREIN NAMED.

**#1 INDIVIDUAL** — By delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be the person described as the defendant/respondent therein.

**#2 CORPORATION** [XX] — A DELAWARE corporation, delivering thereat a true copy of each to SCOTT LASCALA personally, deponent knew said corporation so serviced to be the corporation, described in same as said defendant/respondent and knew said individual to be OFFICER thereof.

**#3 SUITABLE AGE PERSON** — By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is the defendant's/respondent's [ ] actual place of business [ ] dwelling house / usual place of abode within the state.

**#4 AFFIXING TO DOOR** — By affixing a true copy of each to the door of said premises, which is the defendant's/respondent's [ ] actual place of business [ ] dwelling house /usual place of abode within the state.

**#5 MAILING COPY** — On _____, deponent completed service under the last two sections by depositing a copy of the SUMMONS & COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING FULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.

Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, having called thereat

on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____

**#6 NON-SERVICE** — After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the defendant/respondent being served because of the following: [ ] party unknown at address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] No one ever in or available to accept service

**#7 DESCRIPTION** [X] — A description of the defendant/respondent, or other person served, or spoken to on behalf of the defendant/respondent is as follows:

Description is required if #1,#2 or #3 above is Selected

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| M | W | BLACK | 35 | 5'9 | 180 |

Other:

**# 8 WIT. FEES** — $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the witness/recipient.

**# 9 MILITARY SERVICE** — Deponent asked person spoken to whether the defendant/respondent was in the military service of the United States Government or on active duty in the military service in the State of _____ and was informed the defendant/respondent was not.

OFFICIAL SEAL
KEVIN DUNN
NOTARY PUBLIC • DELAWARE
NEW CASTLE COUNTY
My Commission Expires November 23, 2010

Sworn to before me on this 29th day of July 2008

Notary Public _____

Server signature: _____

Docket #: 576405

BARRY EVEALND