UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: SANDERS, ORTOLI, VAUGHN-FLAM & ROSENSTADT LLP - 1801

GIANCORRADO ULRICH

Index #: 08 CV 6501 (CHIN)

Plaintiff(s)

- against -

Date Filed:

SOTHEBY'S, ETAL

**AFFIDAVIT OF SERVICE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 28, 2008 at 05:03 PM at

1334 YORK AVENUE 8TH FL
NEW YORK, NY10021

deponent served the within true copy of the SUMMONS & COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING FULES on YORK AVENUE GALLERIES, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to CARIN CAHN personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING FULES as said defendant/respondent and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 38 | 5'9 | 160 |

Authorized to accept service by Legal Department

Sworn to me on: July 30, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

BYRAN E. MCELDERRY
License #: 869802
Docket #: 576410