Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006
(212) 412-9500
Dean R. Nicyper, Esq. (DRN-7757)

Attorneys for Sotheby's, Sotheby's Holdings, Inc.,
  Sotheby's, Inc., Sotheby's Fine Art Holdings, Inc.,
  Sotheby's Art Sales Corp., and York Avenue Galleries



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GIANCORRADO ULRICH,                                             :
                                                                :   Index No. 08 CV 6501 (DC)
                        Plaintiff,                              :
                                                                :
        - against -                                             :
                                                                :   **STIPULATION AND ORDER**
SOTHEBY'S, SOTHEBY'S HOLDINGS, INC.,                            :
SOTHEBY'S, INC., SOTHEBY'S FINE ART                             :
HOLDINGS, INC., SOTHEBY'S ART SALES                             :
CORP., and YORK AVENUE GALLERIES,                               :
                                                                :
                        Defendants.                             :
-------------------------------------------------------------- X

**IT IS HEREBY STIPULATED, AGREED, AND ORDERED,** by and between

counsel for Plaintiff Giancorrado Ulrich ("Ulrich") and counsel for Defendants Sotheby's,

Sotheby's Holdings, Inc., Sotheby's, Inc., Sotheby's Fine Art Holdings, Inc., Sotheby's Art Sales

Corp., and York Avenue Galleries (jointly "Sotheby's"), that the time for the Sotheby's entities

to answer, move, or otherwise respond to Mr. Ulrich's Complaint, dated July 8, 2008, is

extended to and including September 19, 2008.

Sotheby's shall deliver their response to the Complaint by both hand and electronic

delivery to evf@sovrlaw.com and to glz@sovrlaw.com.

307088

There have been no previous extensions concerning the Sotheby's entities time to respond to the Complaint.

Facsimile and electronic signatures on this Stipulation shall have the same force and effect as original signatures.

Dated: New York, New York
August 11, 2008

| | |
|---|---|
| SANDERS ORTOLI VAUGHN-FLAM ROSENSTADT LLP | FLEMMING ZULACK WILLIAMSON ZAUDERER LLP |
| By: _____ Gena Zaiderman (GZ-1943) | By: _____ Dean R. Nicyper (DRN-7757) |
| Attorneys for Plaintiff, | Attorneys for Sotheby's, Sotheby's Holdings, Inc., Sotheby's, Inc., Sotheby's Fine Art Holdings, Inc., Sotheby's Art Sales Corp., and York Avenue Galleries |
| 501 Madison Avenue, 14th Floor New York, New York 10022 Tel: (212) 588-0022 | One Liberty Plaza New York, New York 10006 Tel: (212) 412-9540 Fax: (212) 964-9200 |

SO ORDERED:

_____
Hon. Denny Chin
United States District Judge

8/13/08

307088                                    2