UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: SANDERS, ORTOLI, VAUGHN-FLAM & ROSENSTADT LLP - 1801

GIANCORRADO ULRICH

Index #: 08 CV 6501 (CHIN)

Plaintiff(s)

- against -

Date Filed:

SOTHEBY'S, ETAL

**AFFIDAVIT OF SERVICE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 14, 2008 at 11:20 AM at

BY CORPORATION SERVICE COMPANY  - REGISTERED AGENT
80 STATE STREET
ALBANY, NY12207

deponent served the within true copy of the SUMMONS & COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING FULES on SOTHEBY'S HOLDINGS, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to KATHY KRIEGER personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING FULES as said defendant/respondent and knew said individual to be the PROCESS CLERK thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 45 | 5'6 | 135 |

Sworn to me on: August 19, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**STEVEN C. AVERY**

Docket #: 580524